UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONCIO DeJESUS, | No.  2:16-cv-2375 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff has filed a second motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's February 16, 2017 motion for an extension of time (ECF No. 9) is granted;

2. Plaintiff is granted 30 days from the date of this order in which to file an amended complaint.

Dated:  February 23, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; deje2375.36