UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONICIO DEJESUS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MARTEL, et al.,<br><br>　　　　　　　Defendants. | No. 2:16-cv-02375 KJM CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed June 8, 2017, plaintiff's first amended complaint was dismissed with leave to file a second amended complaint within thirty days. The court subsequently granted plaintiff two extensions of time to file his second amended complaint. ECF Nos. 17, 20. The time period permitted has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 11, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/deju2375.fta(2).docx

2